ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
AUSA ROBERT F. CONTE
Assistant United States Attorney
California Bar Number 157582
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP McGOVERN, et al., | No. CV 13 – 1603 AG (AGRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | |
| Defendant. | |

JUDGMENT

    Based on the record in the case, and the Court's findings, JUDGMENT is entered for defendant the United States of America on behalf of its employee Commissioner of the Internal Revenue Service and against plaintiffs Philip McGovern and Clare Gonzalez McGovern.

    IT IS SO ORDERED.

    Õ|→ÁĞÊÁG€FĞ

                                          ANDREW J. GUILFORD
                                          United States District Judge

1
2  Respectfully submitted,
3  ANDRÉ BIROTTE JR.
   United States Attorney
4  SANDRA R. BROWN
   Assistant United States Attorney
5  Chief, Tax Division

6   /s/ *RC*
   ───────────────────────────
   ROBERT F. CONTE
7  Assistant United States Attorney

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28